# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ROHIT KUMAR,<br><br>             Petitioner,<br><br>      v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>             Respondents. | NO. 5:26-cv-00798-SSS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Rohit Kumar. No party filed objections to the Report and Recommendation within the time permitted. (ECF 17.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The Petition is **granted** as to Claim Two;

3. Claims One, Three, Four, and Five are denied as moot;

4. The relief provided in the TRO is made permanent: namely, that Respondents may not re-detain Petitioner during the pendency of

his removal proceedings without providing Petitioner, at minimum, with individualized notice and a pre-detention hearing at which the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or a flight risk, and that no conditions other than his detention would be sufficient to prevent those harms; and

5. The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED: April 27, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2