JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ROHIT KUMAR,

        Petitioner,

    v.

ERNESTO SANTACRUZ JR., et al.,

        Respondents.

No. 5:26-cv-00798-SSS-BFM

**JUDGMENT**

    Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Two. Respondents may not re-detain Petitioner during the pendency of his removal proceedings without providing Petitioner, at minimum, with individualized notice and a pre-detention hearing at which the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or a flight risk, and that no conditions other than his detention would be sufficient to prevent those harms.

DATED: April 27, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE